UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 15 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. **4:17CR00077 CEJ/NCC**
)
TELVON T. BOYD, )
)
Defendant. )

## INDICTMENT
### COUNT ONE

The Grand Jury charges that:

On or about December 20, 2016, in City of St. Louis, within the Eastern District of Missouri,

**TELVON T. BOYD,**

the Defendant herein, did knowingly escape from Dismas House of St. Louis, a facility to which he was lawfully confined by the direction of the Attorney General of the United States by virtue of a judgment and commitment of the United States District Court for the Western District of Missouri upon the felony conviction in Cause No. 14-03093-02CR-S-BP, for the offense of Felon in Possession of a Firearm.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
MICHAEL A. REILLY, #43908MO
Assistant United States Attorney